MICHAEL TIGHE, APPELLEE, V. BEN LAW ET AL.: WILLIAM E. HOWIE ET AL., APPELLANTS.

FILED MAY 16, 1930. No. 27255.

*Lawrence I. Shaw,* for appellants.

*Ziegler & Dunn, John W. Yeager* and *Bryce Crawford, Jr., contra.*

Heard before Goss, C. J., Rose, Dean, Good, Eberly and Day, JJ., and Wright, District Judge.

PER CURIAM.

This is an action to recover damages for personal injuries sustained as a result of a collision between a truck in which plaintiff was riding and a truck owned by defendant Howie. The jury found in favor of plaintiff, and from

a judgment entered by the district court for Douglas county defendants have appealed.

We have carefully examined the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.